12-15-00225-CV

FILED IN COURT OF APPEALS
12th Court of Appeals District

SEP 14 2015
elkm

TYLER TEXAS
PAM ESTES, CLERK

CAUSE NO. 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

JUAN ENRIQUEZ,
     Plaintiff,

v.

BRAD LIVINGSTON, ET AL.,
     Defendants.

§
§
§
§
§
§
§
§

IN THE DISTRICT COURT

369TH JUDICIAL DISTRICT

ANDERSON COUNTY, TEXAS

### NOTICE OF APPEAL

J   Juan Enriquez, Plaintiff, herein gives notice that he will appeal to the Court of Appeals for the 12th District of Texas from the Order of Dismissal entered in this cause on April 22, 2015, and from all orders and rulings producing said Order of Dismissal.

Juan Enriquez
227122
TDCJ-Michael
2664 FM 2054
Tennessee Colony, TX 75886

### Certificate of Service

I, Juan Enriquez, certify that a correct copy of the above notice of appeal was served by placing same in the United States mail, postage prepaid, on August 31, 2015, addressed to Rachael Osaze-Ediae, Assistant Attorney General, P. O. Box 12548, Capitol Station, Austin, TX 78711, and to Clerk, Court of Appeals, 12th District of Texas, 1517 W. Front St., Tyler, TX 75702.

Juan Enriquez

### Mailbox Rule Filing Verification

I, Juan Enriquez, declare under penalty of perjury that the foregoing notice of appeal was filed August 31, 2015, by placing same in the Institutional Mail System, first class mail, postage prepaid, addressed to District Clerk, Anderson County, 500 N. Church St., Room 18, Palestine, TX 75801, and to Clerk, Court of Appeals, 12th District of Texas, 1517 W. Front St., Tyler, TX 75702. Executed on August 31, 2015.

Juan Enriquez

12-15-00225-CV

FILED IN COURT OF APPEALS
12th Court of Appeals District

SEP 14 2015

eIKm

TYLER TEXAS
PAM ESTES, CLERK

CAUSE NO.  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

JUAN ENRIQUEZ,             §     IN THE DISTRICT COURT
          Plaintiff,       §
                           §
v.                         §     369TH JUDICIAL DISTRICT
                           §
                           §
BRAD LIVINGSTON, ET AL.,   §
          Defendants.      §     ANDERSON COUNTY, TEXAS

## UNSWORN DECLARATION OF INABILITY TO PAY

My name is Juan Enriquez.  I do not have the money to pay the filing fees and court costs of this case as I am imprisoned and the State does not pay prisoners wages.  I make this unsworn declaration under Section 132.002,

I am the Plaintiff in the above referenced cause.  I am over 21years of age, of sound mind, and able to make this unsworn declaration.  My statements in this unsworn declaration are made on personal knowledge.

1.    I am not receiving any governmental entitlement funds.
2.    I do not have any employment or other income.
3.    I do not have access to spousal income as I am single.
4.    I do not have any property.
5.    I have a zero balance in my prison account.
6.    I have expenses of approximately $100 a month to pay things the prison does not provide.

I, JuanEnriquez, declare under penalty of perjury that the foregoing statements in my unsworn declaration are true and correct.  Executed on August 31,2015.

_____
Juan Enriquez

### Certificate of Service

I, Juan Enriquez, certify that a correct copy of the above unsworn declaration of inability to pay was served by placing same in the United States mail, postage prepaid, on August 31,2015, addressed to Rachael Osaze-Ediae, Assistant Attorney General, P. O. Box 12548, Capitol Station, Austin, TX 78711, and to Clerk, Court of Appeals, 12th District of Texas, 1517 W. Front Street, Tyler, TX 75702.

_____
Juan Enriquez